PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
ANGELA THORNTON-MILLARD, IA BAR 17922
Special Assistant United States Attorney
601 E 12th Street, Suite 965
Kansas City, MO 64106
Telephone: (816) 936-5931
Facsimile: (833) 950-3518
Email: Angela.Thornton-Millard@ssa.govbb

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MARY WARDELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:21-cv-00349-BAM<br><br>STIPULATED MOTION TO REMAND AND ORDER |

IT IS STIPULATED by and between Mary Wardell (Plaintiff) and Kilolo Kijakazi,

Acting Commissioner of Social Security (Defendant), through their undersigned counsel of

record, that the above-entitled action shall be remanded to the Commissioner of Social Security

for further administrative proceedings.  On remand, the decision of the administrative law judge

(ALJ) will be vacated.  Plaintiff will have the opportunity to request a de novo hearing and

submit additional evidence, and the agency will issue a new decision.

1    The parties further request that the Court direct the Clerk of the Court to enter a final

2  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

3  Commissioner.

4    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

5  Social Security Act, 42 U.S.C. § 405(g).

6    Respectfully submitted this 7th day of April, 2022.

7

8  Dated:  April 7, 2022                    */s/  Steven G. Rosales*
                                            STEVEN G. ROSALES
9                                           Attorney for Plaintiff
10                                          *Authorized via e-mail on April 6, 2022

11  Dated:  April 7, 2022                   PHILLIP A. TALBERT
                                            United States Attorney
12                                          LISA A. THOMAS
                                            Regional Chief Counsel, Region VII
13                                          Social Security Administration

14

15                              By:         */s/ Angela Thornton-Millard*
                                            ANGELA THORNTON-MILLARD
16                                          Special Assistant United States Attorney

17                                          Attorneys for Defendant

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stip. to Remand; 1:21-cv-00349-BAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **April 11, 2022**              _/s/ Barbara A. McAuliffe_
                                   UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:21-cv-00349-BAM