UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WARDELL,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:21-cv-00349-BAM<br><br>**ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>(Doc. 20) |

Based upon the parties' stipulation for the award of fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), filed on June 29, 2022 (Doc. 20):

IT IS ORDERED that fees in the amount of two thousand dollars ($2,000.00) as authorized by 28 U.S.C. § 2412, and no costs, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **June 30, 2022**           /s/ Barbara A. McAuliffe          
UNITED STATES MAGISTRATE JUDGE

1